JOHN J. TALTON, CHAPTER 13 TRUSTEE                                         Check #: **1051095**
Payee: Clerk of the Court  Case 09-10726  Doc 47  Filed 10/25/13  Entered 10/25/13 14:50:01  Desc Main Document  Page 1 of 13  Date: 10/24/2013
Please notify the Court & this office of any changes made after filing fo your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0910726 | 00018 | TINA J. HOUSE<br>Original Check written to:<br>CHECKNET INC<br>746 E 1910 S. STE 3<br>PROVO, UT, 84606 | | 0.00 | 2,270.50 | 0.00 | 2,270.50 |
| 0910726 | 00029 | TINA J. HOUSE<br>Original Check written to:<br>CHECKNET INC<br>746 E 1910 S<br>PROVO, UT, 84606 | | 0.00 | 1,843.85 | 0.00 | 1,843.85 |
| 0960010 | 00005 | A C GREEN, JR & BRENDA JOYCE GREEN<br>Original Check written to:<br>HSBC AUTO FINANCE, INC.<br>P O BOX 60130<br>CITY OF INDUSTRY, CA, 91716-0130 | ████4904-1 | 0.00 | 8,060.26 | 930.70 | 8,990.96 |
| 1061076 | 00005 | CATHY DIANNE GARCIA<br>Original Check written to:<br>TYLER INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE, BRANDON, FIELDER, COLLINS<br>PO BOX 2007<br>TYLER, TX, 75710-2007 | ████640/1 | 0.00 | 48.21 | 4.40 | 52.61 |
| 1061076 | 00020 | CATHY DIANNE GARCIA<br>Original Check written to:<br>SMITH COUNTY<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX, 75201 | 6000 | 0.00 | 84.18 | 10.78 | 94.96 |
| 1220018 | 00002 | JAMES KEVIN BROWN<br>Original Check written to:<br>OCWEN LOAN SERVICING, LLC<br>ATTN: CASHIERING DEPARTMENT<br>P O BOX 24781<br>WEST PALM BEACH, FL, 33416-4781 | 1417 | 13,762.19 | 74.06 | 0.00 | 74.06 |
| | | | **TOTALS** | 13,762.19 | 12,381.06 | 945.88 | 13,326.94 |