JOHN J. TALTON, CHAPTER 13 TRUSTEE  
Payee: Clerk of the Court

Case 09-10726    Doc 52    Filed 12/17/13    Entered 12/17/13 15:08:42    Desc Main Document    Page 1 of 1

Check #: **1055279**  
Date: 12/16/2013

Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0910517 | 00005 | JACOB M. HAMMOND<br>Original Check written to:<br>GREEN TREE SERVICING LLC<br>PAYMENT PROCESSING<br>PO BOX 94710<br>PALATINE, IL,  60094-4710 | ████1612 | 7,294.71 | 750.59 | 30.86 | 781.45 |
| ~~1188888~~ 09-10726 | 00000 | Talton Adjustment<br>Original Check written to:<br>TINA J. HOUSE<br>9765 FAGGARD RD<br>BEAUMONT, TX,  77707 | 09-10726 | 0.00 | 830.00 | 0.00 | 830.00 |

|  |  | TOTALS |  | 7,294.71 | 1,580.59 | 30.86 | 1,611.45 |