**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court
Check #:: **1057417**
Date: 01/14/2014
Please notify the Court & this office of any changes made after filing to your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0810451 | 00000 | JAMES A. HARDY & JULIA C. HARDY | | 0.00 | 0.07 | 0.00 | 0.07 |
| | | Original Check written to: | | | | | |
| | | JAMES A. HARDY | | | | | |
| | | 13325 CAPITAL DR | | | | | |
| | | BEAUMONT, TX, 77713 | | | | | |
| 0910726 | 00000 | TINA J. HOUSE | | 0.00 | 1,335.82 | 0.00 | 1,335.82 |
| | | Original Check written to: | | | | | |
| | | TINA J. HOUSE | | | | | |
| | | 9765 FAGGARD RD | | | | | |
| | | BEAUMONT, TX, 77707 | | | | | |
| 0920038 | 00028 | MICHAEL A. HENRY & MARION HENRY | 2725 / 3701 | 0.00 | 86.69 | 2.57 | 89.26 |
| | | Original Check written to: | | | | | |
| | | VERIZON SOUTHWEST INC. | | | | | |
| | | AFN/VERIZON | | | | | |
| | | 404 BROCK DRIVE | | | | | |
| | | BLOOMINGTON, IL, 61701 | | | | | |
| 0961089 | 00047 | JESSE TRAVIS MCGOWAN & CARLOYN COLE | 7701/0128 | 0.00 | 65.30 | 0.00 | 65.30 |
| | | Original Check written to: | | | | | |
| | | VERIZON | | | | | |
| | | 404 BROCK DRIVE | | | | | |
| | | BLOOMINGTON, IL, 61701 | | | | | |
| 1060926 | 00000 | HAZEL ELIZABETH VANN | | 0.00 | 1,082.65 | 0.00 | 1,082.65 |
| | | Original Check written to: | | | | | |
| | | HAZEL ELIZABETH VANN | | | | | |
| | | 102 ANITA STREET | | | | | |
| | | LONGVIEW, TX, 75603 | | | | | |
| 1110655 | 00000 | FREDERICK V. HEUBACH | | 0.00 | 0.01 | 0.00 | 0.01 |
| | | Original Check written to: | | | | | |
| | | FREDERICK V. HEUBACH | | | | | |
| | | 4524 HOLLYWOOD DR | | | | | |
| | | PORT ARTHUR, TX, 77642 | | | | | |
| 1310375 | 00000 | CONNIE L. DOVER | | 0.00 | 400.00 | 0.00 | 400.00 |
| | | Original Check written to: | | | | | |
| | | CONNIE L. DOVER | | | | | |
| | | P.O. BOX 1496 | | | | | |
| | | SILSBEE, TX, 77656 | | | | | |
| | | **TOTALS** | | 0.00 | 2,970.54 | 2.57 | 2,973.11 |