JOHN J. TALTON, CHAPTER 13 TRUSTEE  Case 09-10726  Doc 59  Filed 02/25/14  Entered 02/25/14 13:28:53  Desc Main Document  Page 1 of 1  Check #: 1059753
Payee: Clerk of the Court                                                                                                                                Date: 02/20/2014
Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---:|---:|---:|---:|
| 0860614 | 00068 | ERNIE KEITH JACKSON & DENISE BUFORD JA | 7010 / 9025 | 7,879.92 | 1,008.48 | 0.00 | 1,008.48 |
| | | Original Check written to: US DEPARTMENT OF EDUCATION NATIONAL PAYMENT CENTER P O BOX 4169 GREENVILLE, TX, 75403 | | | | | |
| 0960820 | 00005 | EVA N JIMMERSON | 1009787571 | 3,051.10 | 6,247.60 | 0.00 | 6,247.60 |
| | | Original Check written to: ONEWEST BANK, FSB 6900 BEATRICE DRIVE KALAMAZOO, MI, 49009 | | | | | |
| 0990266 | 00002 | WILSON MARTIN, JR. & ALMEDIA MARTIN | 19020-00140-00000-000000 | 0.00 | 309.87 | 54.15 | 364.02 |
| | | Original Check written to: SABINE COUNTY TAX COLLECTOR P O DRAWER 310 HEMPHILL, TX, 75948 | | | | | |
| 1188888 | 00000 | Talton Adjustment | 09-10726 | 0.00 | 415.00 | 0.00 | 415.00 |
| | | Original Check written to: TINA J. HOUSE 9765 FAGGARD RD BEAUMONT, TX, 77707 | | | | | |
| 1210578 | 00002 | RUSSELL D. HOLLANDS & ROSE E. HOLLANDS | | 0.00 | 0.00 | 1.67 | 1.67 |
| | | Original Check written to: CITIFINANCIAL PO BOX 1646 NEDERLAND, TX, 77627 | | | | | |
| 1210765 | 00001 | LARRY J. BURCH | 6127 | 97,419.33 | 125.85 | 374.15 | 500.00 |
| | | Original Check written to: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC 3415 VISION DRIVE MAIL CODE: OH4-7142 COLUMBUS, OH, 43219 | | | | | |
| | | | TOTALS | 108,350.35 | 8,106.80 | 429.97 | 8,536.77 |